IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS HARRIS and
KRISTI CHIODO, *Individually and
on Behalf Of Others Similarly Situated,*

    Plaintiffs,

v.                                                           Case No. 3:10-cv-134/LAC/MD

TRANSOCEAN, LTD. (TRANSOCEAN ENTITY);
BP, PLC; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC., (TRANSOCEAN
ENTITY); TRANSOCEAN DEEPWATER, INC,
(TRANSOCEAN ENTITY); BP PRODUCTS
NORTH AMERICA, INC.; BP AMERICA, INC.;
CAMERON INTERNATIONAL CORPORATION
and, HALIBURTON ENERGY SERVICES, INC.,

    Defendants.
_____/

## **ORDER STAYING ALL PROCEEDINGS**

THIS CAUSE comes before the Court on Motions to Stay Proceedings filed by Defendants BP Products North America Inc. and BP America Inc. (doc. 10), and by Defendant Halliburton Energy Services, Inc. (doc. 15). Plaintiffs have filed a response (doc. 29). The complaint seeks damages arising out of the recent oil rig disaster in the Gulf of Mexico. Defendants request that this Court stay all proceedings in this case pending a ruling

from the Judicial Panel on Multidistrict Litigation ("JPML") on whether numerous related cases involving the disaster, including the instant cause, will be consolidated. Upon review of the motions and response, the Court finds the stay will preserve judicial resources in the likely event that the cases are consolidated. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motions to Stay Proceedings (docs. 10, 15) are hereby **GRANTED.**

2. All proceedings in this case are temporarily stayed, pending the JPML's final decision on whether to consolidate this and other actions arising from the BP oil rig explosion and subsequent oil spill.

3. The Parties shall file a status report as soon as a decision has been made by the JPML on the matter of consolidation.

**ORDERED** on this 3rd day of June, 2010.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge
