# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

DR. SEYMOUR STRICKER, Individually
and on behalf of all others similarly situated;

      Plaintiff,

v.                                                                          Case No. 3:10-cv-134/LAC/MD

BP P.L.C.; BP AMERICA INC.; BP
PRODUCTS NORTH AMERICA INC.;
BP AMERICA PRODUCTION
COMPANY; BP EXPLORATION &
PRODUCTION INC.; ANADARKO
PETROLEUM CORPORATION;
ANADARKO E&P COMPANY, LP;
MOEX OFFSHORE 2007, LLC; MOEX
USA CORPORATION; MITSUI & C.O.
(U.S.A), INC.; TRANSOCEAN LTD.;
TRANSOCEAN DEEPWATER, INC.;
TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN HOLDINGS, LLC;
TRITON ASSET LEASING GMBH;
HALLIBURTON ENERGY SERVICES,
INC.; M-I, LLC; WEATHERFORD U.S.,
L.P.; DRIL-QUIP, INC.; CAMERON
INTERNATIONAL CORPORATION
F/K/A COOPER CAMERON
CORPORATION; JOHN AND JANE
DOES A-Z; AND CORPORATIONS AZ.

      Defendants.
_____/

## ORDER STAYING ALL PROCEEDINGS

THIS CAUSE comes before the Court on Motions to Stay Proceedings filed by

Defendants BP America, Inc., BP Products North America, Inc., BP America Production

Company, Inc., and BP Exploration & Production, Inc. (doc. 15), joined by Defendant Halliburton Energy Services, Inc. (doc. 21). Plaintiff has filed responses (docs. 28, 29).

The complaint seeks damages arising out of the recent oil rig disaster in the Gulf of Mexico. Defendants request that this Court stay all proceedings in this case pending a ruling from the Judicial Panel on Multidistrict Litigation ("JPML") on whether numerous related cases involving the disaster, including the instant cause, will be consolidated. Upon review of the motions and response, the Court finds the stay will preserve judicial resources in the likely event that the cases are consolidated. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motions to Stay Proceedings (docs. 15, 21) are hereby **GRANTED.**

2. All proceedings in this case are temporarily stayed, pending the JPML's final decision on whether to consolidate this and other actions arising from the BP oil rig explosion and subsequent oil spill.

3. The Parties shall file a status report as soon as a decision has been made by the JPML on the matter of consolidation.

**ORDERED** on this 21st day of July, 2010.

s/ *L. A. Collier*
_____
Lacey A. Collier
Senior United States District Judge
